THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Maria-Victoria Gicala,<br><br>　　　　　Plaintiff,<br><br>– against–<br><br>Capital One Bank (USA), National Association and TransUnion, LLC,<br><br>　　　　　Defendant(s). | Civil Action No. 2:21-cv-20377<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TRANSUNION, LLC** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maria-Victoria Gicala, through her attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss TransUnion, LLC with prejudice.

Dated: April 22, 2022　　　　　Respectfully Submitted,

　　　　　**Law Offices of Robert S. Gitmeid & Associates, PLLC**

　　　　　/s/ Maksim Reznik
　　　　　Maksim Reznik, Esq.
　　　　　30 Wall Street, 8th Floor #741
　　　　　New York, New York 10005
　　　　　Tel (866) 249-1137
　　　　　Fax (877) 366-4747
　　　　　Email: maksim.r@gitmeidlaw.com
　　　　　Attorneys for Plaintiff